| Date | Pleading Number | |
|---|---|---|
| 5/19/76 | 1. | MOTION (INCLUDES SUPPORTING DOCUMENTATION) -- GOVERNMENT EMPLOYEES INSURANCE CO. and 10 present and former officers and directors of GEICO -- w/Schedule of Cases and complaints attached as Attachments A & B. Certificate of service on clerks and involved counsel. REQUESTED TRANSFEREE FORUM: District of Columbia |
| 5/21/76 | 2 | JOINDER IN MOTION -- ERNST & ERNST, JULIAN O. KAY w/cert. of service |
| 5/28/76 | | APPEARANCES -- MANUEL F. COHEN, ESQUIRE -- Government Employees Inc. Co. Norman L. Gidden; Ralph C. Peck; David Lloyd Kreeger Henry J. Collins<br>JOHN LOGAN O'DONNELL, ESQUIRE -- Thomas E. Bolger, Samuel C Butler; William K. Jacobs; Daniel J. Callahan, Jr.; John M. Christie; Paul J. Hanna; Harvey B. Gram, Jr.<br>DANIEL F. KOLB, ESQUIRE -- Ernst & Ernst; Julian O. Kay, Partner and his Co-Partners<br>WALTER FREEDMAN, ESQUIRE -- Howard A. Newman<br>PHILIP JONES, ESQUIRE -- Robert L. Scheiber |
| 6/4/76 | 3 | RESPONSE -- PLAINTIFF KULCHOCK w/cert. of service (not sufficient copies) |
| 6/8/76 | | APPEARANCE -- SIDNEY DICKSTEIN, ESQ. -- Jack Kulchock |
| 7/2/76 | | HEARING ORDER -- Setting A-1 and A-2 for Hearing, July 23, 1976 Chicago, Illinois |
| 7/23/76 | | WAIVER OF ORAL ARGUMENT -- ALL PARTIES submitted on briefs. |
| 8/26/76 | | CONSENT OF TRANSFEREE COURT -- For Judge GEORGE L. HART, JR. TO Handle litigation in the D. of Columbia under 28 U.S.C. §1407 |
| 8/26/76 | | ORDER transferring A-2 to the D.of the District of Columbia under 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings before Judge George L. Hart, Jr |
| 7/28/77 | | B-1 Paul J. Bershin, et al. v. Government Employees Insurance Co., C.D. California, CV77-1979-RF -- CONDITIONAL TRANSFER ORDER FILED TODAY -- Notified involved counsel and judges |
| 8/12/77 | | B-1 BERSHIN, ET AL. V. GEICO, C.D.CALIF., CV77-1979-RF NOTICE OF OPPOSITION -- Plaintiff Bershin |
| 8/26/77 | 4 | NOTICE OF MOTION TO VACATE CTO, MEMORANDUM OF POINTS -- Paul Bershin, et al., w/cert. of service. |
| 9/13/77 | 5 | OPPOSITION TO MOTION TO VACATE CTO -- Defendants Government Employees Insurance Co. ("GEICO"), et al., w/cert. of svc. |
| 10/7/77 | | HEARING ORDER -- setting B-1 for hearing, Oct. 28, 1977 in New York City. |
| 10/14/77 | 6 | SUPPLEMENTAL OPPOSITION TO MOTION -- Defendants Ralph C. Peck, etal w/cert. of svc. |
| 10/26/77 | | ORDER LIFTING STAY OF CTO -- B-1 Paul J. Bershin, et al. v. GEICO et al., C.D.CAL., C.A.NO. CV77-1979 directing transfer to the D.D.C. under 28 U.S.C. §1407 and Vacating Hearing scheduled for October 28, 1977. CTO filed July 28, 1977 effective. |
| 10/26/77 | | WAIVER OF ORAL ARGUMENT -- All counsel submitted on briefs. |

MO, August 26, 1976 (UNPUBLISHED)

DOCKET NO. 258 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE GOVERNMENT EMPLOYEES INSURANCE COMPANY SECURITIES LITIGATION

*July 19, 79 Closed*

### Summary of Panel Action

Date(s) of Hearing(s): 7/23/76
Date(s) of Opinion(s) or Order(s): 8/26/76
Consolidation Ordered: XX    Name of Transferee Judge: GEORGE L. HART, JR.    Misc. No. 76-0146
Consolidation Denied: ___    Transferee District: DISTRICT OF THE DISTRICT OF COLUMBIA

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Jack Kulchock v. Government Employees Insurance Co., et al. | D. D.C. 76-0206 | Hart | | | 3/3/77 | |
| A-2 | Robert L. Scheiber v. Government Employees Insurance Co., et al. | S.D.N.Y. 76 Civ.397 | Werker | 8/26/76 | CA76-1594 | 3/3/77 | |
| B-1 | Paul J. Bershin, et al. v. Government Employees Insurance Co., et al. 7/28/77 | C.D.CA | CV77-1979-RF | 10/26/77 | CA-77-1854 | 3/3/77 7/28/78 | |
| XYZ-1 | Arnold Shaw v. Norman L. Gidden | D.D.C. Hart | CV77-1775 | | | | |

*July 1979 - Closed*

p. 1

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 258 -- In re Government Employees Insurance Company Securities Litigation

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO.<br>NORMAN L. GIDDEN<br>~~RALPH C. PECK~~<br>DAVID LLOYD KREEGER<br>HENRY J. COLLINS<br>Manuel F. Cohen, Esquire<br>Wilmer, Cutler & Pickering<br>1666 K Street, N.W.<br>Washington, D. C.  20006<br><br>THOMAS E. BOLGER<br>SAMUEL C. BUTLER<br>WILLIAM K. JACOBS<br>DANIEL J. CALLAHAN, JR.<br>JOHN M. CHRISTIE<br>PAUL J. HANNA<br>HARVEY B. GRAM, JR.<br>John Logan O'Donnell, Esquire<br>Olwin, Connelly, Chase,<br>  O'Donnell & Weyher<br>299 Park Avenue<br>New York, New York  10017<br><br>ERNST & ERNST<br>JULIAN O. KAY, Partner<br>  and his co-partners<br>Daniel F. Kolb, Esquire<br>Davis, Polk & Wardwell<br>1 Chase Manhattan Plaza<br>New York, New York  10005<br><br>HOWARD A. NEWMAN<br>Walter Freedman, Esquire<br>Freedman, Levy, Kroll & Simonds<br>1730 K Street, N.W.<br>Washington, D. C.  20006 | ROBERT L. SCHEIBER (A-2)<br>Philip Jones, Esquire<br>Wolf, Popper, Ross, Wolf & Jones<br>845 Third Avenue<br>New York, New York  16022<br><br>JACK KULCHOCK (A-1)<br>Sidney Dickstein, Esquire<br>Dickstein, Shapiro & Morin<br>2101 L Street, N.W.<br>10th Floor<br>Washington, D. C.  20036<br><br>~~PAUL J. BERSHIN, ET AL. (B-1)~~<br>Richard G. Ritchie, Esquire<br>Merrifield, Nelson & Pennish<br>City National Bank Bldg.<br>606 S. Olive Street<br>~~Los Angeles, CA  90014~~<br><br>RALPH C. PECK<br>Richard Landfield, Esquire<br>Dunnells, Duvall & Porter<br>1220 Nineteenth Street, N.W.<br>Washington, D.C.  20036 |

JP Form 3

p. ____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __258__ -- __IN RE GOVERNMENT EMPLOYEES INSURANCE COMPANY SECURITIES LIT.__
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ✓ Government Employees Insurance Co. | A-1, A-2 B-1 |
| Norman L. Gidden | A-2 B-1 NS |
| ✓ Ralph C. Butler | A-2 |
| ✓ Daniel J. Callahan, Jr. | A-2 |
| ✓ John M. Christie | A-2 |
| Shelby Cullom Davis | A-2 NS |
| Leo Goodwin, Jr. | A-2 STAYED |
| Paul J. Hanna | A-2 |
| ✓ William K. Jacobs, Jr. | A-2 |
| ✓ David Lloyd Kreeger | A-2 |

| | |
|---|---|
| Howard A. Newman | A-2 |
| Melvin M. Payne  NS | A-2 |
| Henry J. Collins | A-2 |
| Charles T. Connolly  NS | A-2 |
| Harvey B. Gram, Jr. | A-2 |
| Ernst & Ernst | A-1, A-2 |
| Julian O. Kay | A-1 |
| Norman J. Gidalen | B-1 |
| Ralph C Reck | B-1 |
| | |
| | |