DOCKET NO. 258

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GOVERNMENT EMPLOYEES INSURANCE COMPANY SECURITIES LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FILED
AUG 26 1976
PATRICIA D. HOWARD
CLERK OF THE PANEL

TRANSFER ORDER

It appearing that all parties to the actions listed on the attached Schedule A either agree on the desirability or do not oppose transfer of the action pending in the Southern District of New York to the District of the District of Columbia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the action pending in that district before the Honorable George L. Hart, Jr., and the Panel having found upon consideration of the papers submitted that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation,

IT IS ORDERED that the action listed on the attached Schedule A and pending in the Southern District of New York be, and the same hereby is, transferred to the District of the District of Columbia and, with the consent of that court, assigned to the Honorable George L. Hart, Jr. for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

John Minor Wisdom
Chairman

MDL-258 -- IN RE GOVERNMENT EMPLOYEES INSURANCE COMPANY
SECURITIES LITIGATION

SCHEDULE A

<u>DISTRICT OF THE DISTRICT OF COLUMBIA</u>

Jack Kulchock v. Government Employees          Civil Action
Insurance Co., et al.                          No. 76-0206

<u>SOUTHERN DISTRICT OF NEW YORK</u>

Robert L. Scheiber v. Government               Civil Action
Employees Insurance Co., et al.                No. 76 Civ. 397